# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACEY and CHRISTOPHER MAYA, : <br>    Plaintiffs : <br> : <br> v. : <br> : <br> STEPHANIE CHERTOK and JOHN : <br> DOES 1-10, : <br>    Defendants : | No. 1:15-cv-00484 <br><br> (Judge Kane) |

# ORDER

**AND NOW**, on this 9th day of September 2015, **IT IS HEREBY ORDERED THAT** Defendant Stephanie Chertok's motion to partially dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), (Doc. No. 12), is **GRANTED** in part and **DENIED** in part as follows:

(1) Defendant's motion is **GRANTED** insofar as it requests dismissal of Plaintiffs' claims of attorneys' fees;

(2) Defendant's motion is **GRANTED** insofar as it requests a more definite statement of Subparagraphs 7(h) and 7(i) of Plaintiffs' First Amended Civil Action Complaint (Doc. No. 10); and,

(3) Defendant's motion is otherwise **DENIED**.

**IT IS HEREBY FURTHER ORDERED THAT** Plaintiffs **SHALL FILE** a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure within 21 days of the date of this order.

S/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania